IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Young Ko,**

    **Petitioner,**

    v.

                                        Civil Action 2:10-cr-160(3)
                                        Judge Algenon L. Marbley
                                        Magistrate Judge Elizabeth P. Deavers

**United States of America,**

    **Respondent.**

**<u>ORDER</u>**

    This matter is before the Court for consideration of the November 26, 2014 Report and Recommendation of the United States Magistrate Judge, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  (ECF No. 301.)  The Magistrate Judge recommended that the Court deny the Petition because Petitioner failed to offer any legitimate explanation for failing to raise his challenges to his conviction sooner and through a 28 U.S.C. § 2255 petition.

    The Report and Recommendation of the Magistrate Judge specifically advises Petitioner that the failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court."  (Report and Recommendation 6, ECF No. 301.)  The time period for filing objections to the Report and Recommendation has expired.  Petitioner has not objected to the Report and Recommendation.

    The Court has reviewed the Report and Recommendation of the Magistrate Judge.  Noting that no objections have been filed and that the time for filing such objections expired, the Court

**ADOPTS** the Report and Recommendation (ECF No. 301) and **DENIES** the Petition.  The Clerk is **DIRECTED** to **TERMINATE** Petitioner's Motion to Expedite Ruling (ECF No. 303) as **MOOT**.

      **IT IS SO ORDERED.**

                                               s/Algenon L. Marbley
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT COURT**

**DATED: February 20, 2015**